IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GWENDOLYN FISH, Administrator ) | |
| The Estate of James Wilkins, Sr., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 08-919 |
| ) | |
| UNITED STATES OF AMERICA, ) | JUDGE GARY LANCASTER |
| ) | MAGISTRATE JUDGE HAY |
| ) | |
| Defendant. ) | Electronically Filed |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed to by and between the respective parties that the above-captioned case be dismissed with prejudice, each party to bear her or its own costs, and the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

Respectfully submitted,

_____
Charles F. Bennett
APPLE AND APPLE, P C
4650 Baum Blvd.
Pittsburgh, PA 15213

Counsel for plaintiff Gwendolyn Fish,
Administrator of the Estate of James
Wilkins, Sr

MARY BETH BUCHANAN
United States Attorney

s/ Megan E. Farrell
MEGAN E FARRELL
Assistant U S Attorney
Western District of PA
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7429
PA I.D. No. 76972

Counsel for defendant
the United States of America

Dated: July 24, 2009

**ORDER**

AND NOW, this 27th day of July, 2009, IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

cc: All counsel of record